IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD L. PORTR, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-03402-K (BT) |
| | § | |
| LIVIA LIU FRANCES, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 19, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court. Plaintiff's Objections filed on December 8, 2020, are **OVERRULED**.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

**Signed December 11, 2020.**

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE